IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**CHICO NORWOOD**                                                      **PLAINTIFF**

v.          Civil No. 13-2016

**DEPARTMENT OF HUMAN SERVICES,**
**Fort Smith Office**                                   **DEFENDANT**

### O R D E R

Now on this 9th day of July 2013, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (document #8), filed on June 13, 2013, to which no objections have been made. The Court has reviewed the Report and Recommendation and, being well and sufficiently advised, finds that it is proper and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Report and Recommendation of the Magistrate Judge** (document #8) is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the Report and Recommendation, this case is **dismissed with prejudice**.

Accordingly, **IT IS FURTHER ORDERED** that plaintiff's **Motion for Appointment of Counsel** (document #5) is **denied**.

**IT IS SO ORDERED.**

                                              /s/ Jimm Larry Hendren
                                              **JIMM LARRY HENDREN**
                                              **UNITED STATES DISTRICT JUDGE**